IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   06-cr-00496-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALLEN DWAYNE THOMPSON,

       Defendant.

_____

**UNOPPOSED MOTION TO DETERMINE COMPETENCY
AND INSANITY OF DEFENDANT**

_____

COMES NOW the defendant Allen Thompson ("Mr. Thompson"), by and through Assistant Federal Public Defender Matthew C. Golla and moves this Honorable Court to hold a hearing pursuant to 18 U.S.C. § 4241(a) and (b) to determine the mental competency of the defendant, Mr. Thompson, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242.  In support of this motion, counsel states as follows:

    1.    A status conference is currently set for March 9, 2007 at 2:00 pm.

    2.    18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency.  The Court shall grant such motion

if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

3. Undersigned counsel proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding this case, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental condition and need for medication.

4. In addition, as early as 1995, mental health professionals who have evaluated Mr. Thompson have diagnosed him with paranoid schizophrenia.

5. Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Thompson is competent to proceed to trial.

6. In light of discussions with Mr. Thompson, undersigned counsel also requests that pursuant to 18 U.S.C. §4242 that a psychiatric evaluation of the defendant be conducted pursuant to 18 U.S.C. § 4242(b) and (c) to determine whether Mr. Thompson was insane at the time of the alleged offense.

7. Counsel has contacted Assistant United States Attorney Robert Brown and he does not oppose this motion.

Respectfully submitted,

RAYMOND P. MOORE
FEDERAL PUBLIC DEFENDER

s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2007, I electronically filed the foregoing **UNOPPOSED MOTION TO DETERMINE COMPETENCY AND INSANITY OF THE DEFENDANT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert Brown, Assistant United States Attorney
    Robert.Brown5@usdoj.gov
    USACO.ECFCriminal@usdoj.gov
    RMBAUSA@aol.com
    Jennifer.Beed2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Allen Dwayne Thompson (by mail)
    Reg. No. 34718-013
    c/o Federal Detention Center
    9595 W. Quincy Avenue
    Littleton, CO     80123

                      s/ Matthew C. Golla
                      MATTHEW C. GOLLA
                      Attorney for Defendant
                      Office of the Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO    80202
                      (303) 294-7002
                      (303) 294-1192
                      Matt_Golla@fd.org