IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00496-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALLEN DWAYNE THOMPSON,

      Defendant.

_____

**DEFENDANT'S MOTION TO DETERMINE COMPETENCY
AND INSANITY OF DEFENDANT**

_____

COMES NOW the defendant Allen Thompson ("Mr. Thompson"), by and through Assistant Federal Public Defender Matthew C. Golla and moves this Honorable Court to hold a hearing pursuant to 18 U.S.C. § 4241(a) and (b) to determine the mental competency of the defendant and the issue of sanity pursuant to 18 U.S.C. § 4242. Prior to any such hearing, Mr. Thompson requests that he be provided the opportunity to retain a certified psychiatrist to conduct an evaluation pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4242. A request to toll the Speedy Trial Act is made pursuant to 18 U.S.C. § 3161(h)(1)(A). In support of this motion, counsel states as follows:

    1.    A status conference is currently set for June 24, 2008 at 10:30am.

2. 18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency. The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

3. Undersigned counsel ("counsel") proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding this case, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental condition and need for medication.

4. In addition, as early as 1995, mental health professionals who have evaluated Mr. Thompson have diagnosed him with paranoid schizophrenia.

5. After earlier competency and insanity evaluations were ordered by this Honorable Court on March 16, 2007, both evaluations were prepared by Dr. Gordon Zilberman and forwarded to Mr. Thompson.

6. Counsel received these evaluations on December 7, 2007 and after reviewing them with Mr. Thompson now wishes to retain a certified psychiatrist to conduct independent evaluations.

7. Therefore, counsel requests that Mr. Thompson be provided the opportunity to pursue an independent psychiatric evaluation pursuant to 18 U.S.C. § 4241(b) and (c) to determine whether Mr. Thompson is competent to proceed to trial.

8. Mr. Thompson, through undersigned counsel, also requests that pursuant to 18 U.S.C. §4242 that he be permitted to pursue an independent evaluation to determine whether Mr. Thompson was insane at the time of the alleged offense.

9. Counsel has contacted Assistant United States Attorney Robert Brown and he does not oppose this motion.

10. Mr. Thompson has retained Dr. Susan Bograd to conduct the aforementioned evaluations.

11. Pursuant to 18 U.S.C. § 3161(h)(1)(A). Mr. Thompson requests that the Speedy Trial Act be tolled until such time as Dr. Bograd has completed both a competency evaluation pursuant to 18 U.S.C. § 4241(a) and an insanity evaluation pursuant to 18 U.S.C. § 4242 and a hearing has been conducted pursuant to 18 U.S.C. §4241 (c) and (d).

12. Preliminary discussions with Dr. Bograd have revealed that she will need at least 60 days to complete the evaluation.

WHEREFORE Mr. Thompson request that this Honorable Court toll the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A) to provide Mr. Thompson the opportunity to seek psychiatric evaluations addressing competency and insanity pursuant to 18 U.S.C. § 4241(a) and §4242 respectively. A status conference is requested in approximately 60 days.

Respectfully submitted,

RAYMOND P. MOORE
FEDERAL PUBLIC DEFENDER

s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I electronically filed the foregoing **MOTION TO DETERMINE COMPETENCY AND INSANITY OF THE DEFENDANT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert Brown, Assistant United States Attorney
    Robert.Brown5@usdoj.gov
    USACO.ECFCriminal@usdoj.gov
    RMBAUSA@aol.com
    Jennifer.Beed2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Allen Dwayne Thompson (by mail)
    Reg. No. 34718-013
    c/o Federal Detention Center
    9595 W. Quincy Avenue
    Littleton, CO    80123

    s/ Matthew C. Golla
    MATTHEW C. GOLLA
    Attorney for Defendant
    Office of the Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO    80202
    (303) 294-7002
    (303) 294-1192
    Matt_Golla@fd.org