**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 06-cr-00496-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ALLEN DWAYNE THOMPSON,

        Defendant.

_____

**ORDER FOR COMPETENCY EVALUATION AND
DETERMINATION OF INSANITY AT THE TIME OF THE OFFENSE**
_____

Hearing was held this 24th day of January, 2008. The Government appeared by Robert Brown. The Defendant appearance in person and by counsel, Matthew Golla.

Upon consideration of the defense and Government counsel's statements and there being no objection by the Government, the Court finds:

    1.    Pursuant to 18 U.S.C. § 4241(a), there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    2.    Pursuant to Fed. R. Crim. P. 12.2(a), defense counsel has provided notice to the Government that he plans to rely on an insanity defense at trial (Doc #16), and the Defendant has filed a motion for psychiatric or psychological evaluation of the Defendant

to determine the Defendant's sanity at the time of the offense, pursuant to 18 U.S.C. § 4242 (Doc #27).

3. An independent psychological or psychiatric report shall be prepared and filed with the Court pursuant to 18 U.S.C. § 4247(c), by Dr. Susan Bograd, 3300 East 1st Avenue, #490, Denver, Colorado 80206, not later than 60 days from the date of this order addressing Defendant's competency and sanity pursuant to 18 U.S.C. § 4241(a) and § 4242 respectively.

4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the delay resulting from the determination of the Defendant's competency to proceed is excluded from the calculation of the time within which trial must commence until such time as the Defendant is declared competent to proceed.

It is so ORDERED that

Defendant's Unopposed Motion to Determine Competency and Sanity of Defendant (Doc #27) is GRANTED, and

A further status and scheduling hearing is set **April 4, 2008 at 9:30 a.m.**

It is FURTHER ORDERED that a copy of this Order shall be mailed to Dr. Susan Bograd at 3300 East 1st Avenue, #490, Denver, CO 80206.

DONE at Denver, Colorado, on this __24th__ day of __January__, 2008.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge