**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00496-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ALLEN DWAYNE THOMPSON,

       Defendant.

___

**ORDER DETERMINING COMPETENCY TO PROCEED**
___

Pursuant to this Court's Order of March 16, 2007 (Doc 21) the forensic report of Gordon M. Zilberman, PhD, Forensic Psychologist, dated July 25, 2007, was submitted to the Court and received today, Joint Exhibit AA. Also pursuant to this Court's Order entered January 24, 2008 (Doc 29), the report of Susan Bograd, M.D., dated February 22, 2008 was submitted this day to the Court as Joint Exhibit BB. Both reports are submitted and received addressing the Defendant's competency to proceed pursuant to 18 U.S.C. § 4241(a). Both reports opine that the Defendant is competent to proceed within the meaning of 18 U.S.C. § 4241(a). Counsel for the Government and the defense agree.

    Accordingly

    IT IS ORDERED that the Defendant Allen Dwayne Thompson is determined to be competent to proceed pursuant to 18 U.S.C. § 4241(a).

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: June 4, 2008