**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00496-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALLEN DWAYNE THOMPSON,

    Defendant.
_____

**ORDER**
_____

Upon Government's Response to Motion to Amend Judgment [64], Defendant's Motion for an Amended Judgment (Doc 64 - filed June 25, 2015) is **GRANTED**. The judgment of the Court shall be amended to impose a sentence of 106 months.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: June 29, 2015