**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00496-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ALLEN DWAYNE THOMPSON,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant's Letter regarding credit for pre-confinement jail credit which letter will be treated as a Motion for Clarification (Doc 69 - filed July 16, 2015). Accordingly

IT IS ORDERED that because the award of pre-judgment confinement credit is the duty of the Bureau of Prisons and the Court can only recommend such credit, the Motion is DENIED.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: July 17, 2015